Brian K. Julian – ISB No. 2360
Amy G. White – ISB No. 5019
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:  bjulian@ajhlaw.com
          awhite@ajhlaw.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

JEFFERY T. LONG,

              Plaintiff,

vs.

IDAHO RURAL WATER
ASSOCIATION, INC.,

              Defendant.

Case No. _____

**NOTICE OF REMOVAL**

## REMOVAL FROM DISTRICT COURT TO U.S. DISTRICT COURT

TO:   PLAINTIFF JEFFERY T. LONG AND HIS ATTORNEYS OF RECORD, HUNTLEY PARK LLP and THE CLERK OF THE ABOVE-ENTITLED COURT:

       PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446, the

Defendant hereby removeS the above-entitled cause of action from the

District Court of the Fourth Judicial District of the State of Idaho, in and for

NOTICE OF REMOVAL - 1

the County of Ada, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST: That the Defendants in Civil Case No. CV 0504799 brought against it in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, entitled **Jeffrey T. Long vs. Idaho Rural Water Association, Inc.,** A copy of the Summons and Complaint, Notice of Appearance and Notice of Substitution of Counsel in that action is attached hereto, along with a copy of the state court docket, and constitutes all process, pleadings and orders served upon Defendant in such action.

SECOND: That the aforesaid action was commenced by service of process consisting of a Summons and Complaint upon the Defendant on or about the 6th day of July, 2005.

THIRD: That this is a civil action brought in state court of which the United States District Courts have original jurisdiction because of alleged violations arising under the laws of the United States.

FOURTH: Written notice of the filing of this Notice of Removal has been given to all parties herein and a copy hereof has been filed with the Clerk of the District Court of the Fourth Judicial District, in and for the County of Ada, State of Idaho.

WHEREFORE, Defendant prays that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

NOTICE OF REMOVAL - 2

DATED this 26th day of July, 2005.

ANDERSON, JULIAN & HULL LLP

By_____

Brian K. Julian, Of the Firm
Attorneys for Defendants

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 26th day of July, 2005, I served a true and correct copy of the foregoing NOTICE OF REMOVAL by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Robert C. Huntley
Maria E. Andrade
HUNTLEY PARK LLP
250 S. 5th Street, Suite 660
P.O. Box 2188
Boise, ID 83701
Tel: (208) 345-7800
*Attorney for Plaintiff*

[  ]   U.S. Mail, postage prepaid
[  ]   Hand-Delivered
[  ]   Overnight Mail
[X]   Facsimile

_____

Brian K. Julian

NOTICE OF REMOVAL - 3

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this judgment against you as demanded by the Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response required compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.     The title and number of this case.

2.     If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.     Your signature, mailing address and telephone number of your attorney.

4.     Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above named Court.

DATED this 23 day of June, 2005.

J. DAVID NAVARRO, CLERK

By: J. EARLE

Deputy Clerk

COMPLAINT

2

FAXSR: GLATFELTER INSURANCE AT 07/11/2005 11:57:02 AM Page 11

COPY

JUN 23 2005

J. DAVID NAVARRO, Clerk
By J. EARLE
DEPUTY

Robert C. Huntley ISB #894
Maria E. Andrade ISB#6445
HUNTLEY PARK LLP
250 S. 5th Street, Suite 660
P.O. Box 2188
Boise, ID 83701
Tel: (208) 338-1230
Fax: (208) 338-0234
rhuntley@huntleypark.com
mandrade@huntleypark.com

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE FORTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA
Civil Division

| | | |
|---|---|---|
| JEFFERY T. LONG, | Plaintiff, | Case No. **CV OC 0504799** |
| vs. | | COMPLAINT AND DEMAND FOR TRIAL BY JURY |
| IDAHO RURAL WATER ASSOCIATION, INC. | | [1] Breach of Contract<br>[2] Idaho Wage Laws<br>[3] Fair Labor Standards Act<br>[4] Discharge in Violation of Public Policy |
| | Defendant. | |

COMES NOW THE PLAINTIFF by and through his attorneys Robert C. Huntley and

Maria E. Andrade who complains and alleges as follows:

## I.   FACTS

1.   Plaintiff is, and at all times mentioned herein was, a resident and citizen of the State of

Idaho.



COMPLAINT - PAGE 1

2.  Defendant Idaho Rural Water Association (hereinafter "IRWA") is a non-profit corporation registered to do business in the State of Idaho.

3.  Don Munkers is the Chief Executive Officer of the Defendant IRWA and is the registered agent for the IRWA.

4.  The Plaintiff was employed by Defendant IRWA from on or about January 2001 to on or about June 30, 2003 as the Director of Training.

5.  Don Munkers terminated the Plaintiff from his position at the IRWA on or about June 30, 2003.

6.  All actions or omissions of Don Munkers, as set forth in this complaint, were taken by him on behalf of or as an agent of the IRWA.

7.  On or about December 15, 2000, Jeff Long and Don Munkers agreed that separate and apart from the Plaintiff's duties as Director of Training, the Plaintiff would organize and carryout training sessions for potential and actual IRWA members and, in exchange, the IRWA would pay the Plaintiff fifty percent (50%) of training profits. These training services were referred to by Plaintiff and Defendant as "for fee" training.

8.  Based upon these agreements, the Plaintiff conducted several trainings from on or about May 2001 through on or about May 2003.

9.  During one or more workweeks, the plaintiff worked in excess of forty (40) hours per week.

10.  The IRWA materially benefited from the "for fee" trainings conducted by the Plaintiff.

11.  The IRWA increased its income as a direct result of the "for fee" trainings conduced by the Plaintiff as reflected by an increased budget line item assigned to the "for fee" training.

12.  Prior to engaging in any activities associated with the "for fee" training, the Plaintiff would log-out of the IRWA employee timekeeping system (referred to as the National Rural

COMPLAINT

2

Tuesday 12 of Jul 2005,    xination    ->20834    10    Page 14 of 19

FAXSR: CLAYFELTER INSURANCE At 07-21-2005 11:57:02 AM Page 13

07-01-2005  02:01pm  From-Huntley Park                    12683437884            P 002/013  F-506

Water Association/Training and Technical Assistance logs) to denote that he was not engaged in his regular services pursuant to the agreement he entered into with Don Munkers prior to beginning his work at the IRWA.

13. The IRWA was aware of the fact that the Plaintiff was conducting the "for-fee" training.

14. On or about May 2003 the IRWA was approximately $65,000 in debt.

15. On or about May 2003, the Plaintiff reported to IRWA Board Member Joe Qualls in good faith that Don Munkers had misappropriated retirement funds, forged employee signatures and failed to comply with the reporting and financial record keeping obligations required by the IRWA under contract with National Rural Water Association and required by state and federal law.

16. On or about June 2003 Don Munkers requested that the Plaintiff make a final accounting of the fees that the IRWA owed him for his work regarding the "for fee" training.

17. The Plaintiff requested his agreed upon portion of the fees associated with his work on the "for fee" training several times between the date he was hired and the date he was terminated. In each of these conversations, the Plaintiff agreed to do the "for fee" trainings in exchange for the Don Munker's promise to pay him the equivalent of fifty percent (50%) of the registration fees received from the trainings.

18. On or about June 3, 2003, the Plaintiff made a demand upon the Defendant for wages owed to him for conducting the "for fee" trainings.

19. On or about August 21, 2003, the Plaintiff made a second, written, demand upon the Defendant for wages owed to him for conducting the "for fee" trainings.

20. On or about December 3, 2003, the Plaintiff made another demand upon the Defendant for wages owed to him for conducting the "for fee" trainings.

FAX SK: CLATTELTER INSURANCE AT 0721 - 2005 1:57:02 AM Page 14
07-06-2005  02:01pm  From-Huntley Park                    12083457884          · P.007/013  F-506

21. The Defendant denied every demand made by the Plaintiff, the most recent of which was on or about December 4, 2003.

## II.  CLAIMS FOR RELIEF

### First Cause of Action
(Breach of Contract)

22. Plaintiff incorporates paragraphs 1 through 21 herein.

23. Defendant offered to pay the Plaintiff fifty percent (50%) of the profits received by the Defendant for trainings that Plaintiff provided outside of his normal duties as the Director of Training.  The parties referred to these trainings as "for fee" trainings.

24. The Plaintiff accepted the Defendant's offer.

25. The Plaintiff conducted the "for fee" trainings as agreed in reliance upon the Defendant's promise to pay him fifty percent (50%) of the "for fee" training profits.

26. The Defendant failed to pay the Plaintiff any wages or other remuneration for his work organizing and carrying out the "for fee" training.

27. All wages due and owing as alleged in the Plaintiff's complaint remain unpaid.

28. The Plaintiff suffered substantial injury as a direct consequence of the Defendant's breach of his employment contracts with the Plaintiff.

29. The Defendant is therefore liable to the Plaintiff for actual, incidental and consequential damages resulting from the Defendant's breach of contract.

### Second Cause of Action
(Idaho Wage Laws I.C. 45-601 et seq.)

30. Plaintiff incorporates paragraphs 1-29 herein.

*Count One – Failure to Pay Wages When Due*

COMPLAINT ·                                                          4

Tuesday 12 of Jul 2005,   xination        ->20834 · 510              Page 16 of 19

FAX SR: GLATFELTER INSURANCE AT 07-2 2005 11:54:02 AM Page 15
    FRED A. MUREHUN & CU.    Fax:2083212029          JUl  8 2005 13:56     1:10 p:12
Jul 06 05 03:59p

07-06-2005  02:02pm  From Hunting Park                    12083457864        1-.,3  P.010/013  F-506

31. In violation of I.C. 45-606(1) Defendant failed to pay the Defendant all of his wages when due upon the next regularly scheduled payday or within ten (10) days from the date the Defendant terminated the Plaintiff's employment.

### Count Two – Failure to Pay Minimum Wage

32. In violation of I.C. sec. 44-1502 the Defendant failed to pay the Plaintiff the equivalent of the Idaho State minimum wage rate for each hour he worked.

### Third Cause of Action
#### (Fair Labor Standards Act 29 U.S.C. § 201 et seq.)

33. Plaintiff incorporates paragraphs 1 through 32 herein.

34. At all times relevant to this action, the Plaintiff was an employee of the Defendant within the meaning of 29 U.S.C. § 203(e)(1).

35. At all times relevant to this action, the Defendant was the employer of the Plaintiff within the meaning of 29 U.S.C. § 203(d).

36. At all times relevant to this action, the Defendant employed the Plaintiff within the meaning of 29 U.S.C. § 203(g).

37. In violation of 29 U.S.C. § 206, the Defendant failed to pay the Plaintiff at least $5.15 for each hour he worked during one or more work weeks.

38. In violation of 29 U.S.C. § 207, the Defendant failed to pay the Plaintiff at the overtime rate set forth in the FLSA for each hour worked during one or more work weeks that was over forty (40) hours.

### Fourth (alternative) Cause of Action
#### (Discharge in Violation of Public Policy)

39. Plaintiff incorporates paragraphs 1 through 38 herein.

COMPLAINT                                                                      5

Tuesday 12 of Jul 2005,   xination    ->208347  10    Page 17 of 19
FAX-R. GLATERFIER INSURANCE AT 07-21, 2005 11:37:03 AM Page 16
FRED H MURETON & CO.    Fax:2085212029    Jul  8 2005  10:05    p.16
Jul 06 05 04:00p    *    (208)77 4-5007    p.16
07-06-2005  02:02pm  From-Huntley Park    12083457854    T-163  P.011/013  F-506

40. Defendant took the adverse employment actions against the Plaintiff as described in this Complaint because he reported in good faith a violation, or suspected violation of law, rule or regulation adopted under the laws of the State of Idaho and the laws of the United States.

41. Defendant's actions violate Idaho Public Policy.

42. As a result of the Defendant's actions, the Plaintiff suffered damage.

### III.   PRAYER FOR RELIEF

WHEREFORE, the Plaintiff requests the following relief:

43. On Plaintiff's BREACH OF CONTRACT claims:

   - Enter judgment that Defendant breached its' employment contract with the Plaintiff

   - Award the Plaintiff his actual, incidental, and consequential damages resulting from the Defendant's breach of contract including general and special damages such as back pay, front-pay, loss of past and future benefits including vacation and sick time and all other fringe benefits in an amount that may be proved at trial.

   - Award Plaintiff his costs and attorneys fees pursuant to I.C. § 12-120(3).

44. On Plaintiff's IDAHO WAGE claims:

   - Three times his unpaid wages pursuant to I.C. § 45-615; and

   - Award reasonable attorneys fees pursuant to I.C. § 45-615; and

   - Pre-judgment interest at 12% per annum on plaintiff's unpaid wages which are now due and owing until judgment is entered herein pursuant to I.C. § 28-22-104.

45. On Plaintiff's FLSA claim:

   - Award Plaintiff his unpaid wage, plus an equal additional amount as liquidated damages pursuant to 29 U.S.C. sec. 216(b).

COMPLAINT                                                          6

Tuesday 12 of Jul 2005,    Kination    ->208344   10    Page 18 of 19
FAX SR - GLASFELTER INSURANCE AT - 07:23 - 2005-11-57:00 AM Page 17
FRED A MORE IUN & CO.    Fax:2083212029    Jul  8 2005  15:09    P.15
JUL 08 05 04:01P
07-08-2005  02:02pm  From-Huntley Park    12081457894    +13 P.012/018 P-506

- Award the Plaintiff his unpaid overtime wage, plus an equal amount as liquidated damages for each work week in which the Plaintiff worked more than forty (40) hours in one work week for his overtime claims brought under the FLSA.

- Award the Plaintiff his costs and attorneys fees pursuant to 29 U.S.C. § 216(b).

46. On Plaintiff's DISCHARGE IN VIOLATION OF PUBLIC POLICY claim:

- Issue an order reinstating the Plaintiff to the same position he held prior to his termination including all fringe benefits that would have been accrued or paid out absent the unlawful termination including, but not limited to sick time, vacation time, retirement contributions, and consequential and special damages.

47. Plaintiff hereby demands a jury trial.

48. For such further relief as the Court deems just and adequate.

DATED this 23 day of June, 2005.

_____
Maria E. Andrade ISB#6445
HUNTLEY PARK LLP
250 S. 5th Street, Suite 660
P.O. Box 2188
Boise, ID 83701
Tel: (208) 338-1230
Fax: (208) 338-0234
mandrade@huntleypark.com

FAX: CLAYBLEBER INSURANCE AT 07 C    2005 11:57:03 AM Page 18
FRED A MORETON & CO.    Fax:2083212029    JUl  8 2005  15:59    P.18
·07-08-2005  02:02em  Fromemmtiaxy r

## VERIFICATION

STATE OF IDAHO   )
                 :ss.
County of ADA    )

I, *Jeffery T. Long*, being first duly sworn, depose and say that I am a Plaintiff in the above-
entitled action.  I have read the foregoing COMPLAINT and know the facts contained therein to
be true and complete to the best of my knowledge and belief.


Plaintiff

STATE OF IDAHO   )
                 :ss.
County of ADA    )

On the 23rd day of June, 2005 before me, the undersigned Notary Public, personally appeared
*Jeffery T. Long* known to me to be the person whose name is subscribed to the foregoing
instrument, and he acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have set my hand and seal the day and year as above written.


Notary Public for Idaho
Residing at:  Boise, ID
Commission Expires  4-25/07

COMPLAINT                                                        8

Brian K. Julian - ISB No. 2360
Amy G. White – ISB No. 5019
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID  83707-7426
Telephone:  (208) 344-5800
Facsimile:  (208) 344-5510
E-mail: bjulian@ajhlaw.com
        agwhite@ajhlaw.com



Attorneys for DEFENDANT

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| JEFFERY T. LONG,<br><br>                    Plaintiff,<br><br>vs.<br><br>IDAHO RURAL WATER ASSOCIATION, INC.,<br><br>                    Defendants. | Case No. CV 0C 0504799<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO:     THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF AND

        THEIR  ATTORNEYS OF RECORD:

        YOU ARE HEREBY NOTIFIED that  Ed Litteneker of the Law Offices of

Ed Litteneker, hereby withdraws as counsel of record for Defendant Idaho Rural

Water Association, Inc. and that Brian K. Julian of the firm Anderson, Julian &

Hull, LLP, 250 South Fifth Street, P.O. Box 7426, Boise, Idaho, 83707-7426,

shall be substituted as counsel of record for said Defendant in this action, and

the Clerk is hereby requested to make such entries as may be required to record

NOTICE OF SUBSTITUTION OF COUNSEL - 1

such substitution and to cause the inclusion of said counsel on all appropriate mailing lists.

DATED this _21_ day of July, 2005.


By_____

Ed Litteneker, Of the Firm
Attorneys for Defendant


DATED this _25_ day of July, 2005.

ANDERSON, JULIAN & HULL LLP


By_____

Brian K. Julian, Of the Firm
Attorneys for Defendant


NOTICE OF SUBSTITUTION OF COUNSEL - 2

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 25 day of July, 2005, I served a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Robert C. Huntley            [ ]   U.S. Mail, postage prepaid
Maria E. Andrade            [ ]   Hand-Delivered
HUNTLEY PARK LLP        [ ]   Overnight Mail
250 S. 5th Street, Suite 660   [X]   Facsimile (208) 345-7894
P.O. Box 2188
Boise, ID 83701
Tel: (208) 345-7800
*Attorney for Plaintiff*

_____
Brian K. Julian

**NOTICE OF SUBSTITUTION OF COUNSEL - 3**

Brian K. Julian - ISB No. 2360
Amy G. White - ISB No. 5019
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID  83707-7426
Telephone:  (208) 344-5800
Facsimile:  (208) 344-5510
E-mail: bjulian@ajhlaw.com
          agwhite@ajhlaw.com

Attorneys for DEFENDANT

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| JEFFERY T. LONG,<br><br>        Plaintiff,<br><br>vs.<br><br>IDAHO RURAL WATER ASSOCIATION, INC.,<br><br>        Defendants. | Case No. CV 0C 0504799<br><br>**NOTICE OF APPEARANCE**<br><br>Fee Category: I(1)(a)<br><br>Fee: $52.00 |

TO:  PLAINTIFF JEFFERY T. LONG AND HIS ATTORNEY OF RECORD:

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant Idaho Rural Water Association, Inc. in the above-entitled action.

The Defendant hereby specifically reserves all defenses as to lack of jurisdiction over the subject matter, lack of jurisdiction over the person, improper venue, insufficiency of process and/or service of process, failure to state a claim

upon which relief can be granted, failure to join an indispensable party and any other defense available to said Defendant.

DATED this _12th_ day of July, 2005.

ANDERSON JULIAN & HULL

By_____
Brian K. Julian, Of the Firm
Attorneys for DEFENDANT

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this _12th_ day of July, 2005, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Robert C. Huntley | [ ] | U.S. Mail, postage prepaid |
| Maria E. Andrade | [ ] | Hand-Delivered |
| HUNTLEY PARK LLP | [ ] | Overnight Mail |
| 250 S. 5th Street, Suite 660 | [X] | Facsimile (208) 338-0234  345-7894 |
| P.O. Box 2188 | | |
| Boise, ID 83701 | | |
| Tel: (208) 338-1230  345-7800 | | |
| *Attorney for Plaintiff* | | |

_____
Brian K. Julian

Brian K. Julian - ISB No. 2360
Amy G. White – ISB No. 5019
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID  83707-7426
Telephone:  (208) 344-5800
Facsimile:  (208) 344-5510
E-mail: bjulian@ajhlaw.com
          agwhite@ajhlaw.com



Attorneys for DEFENDANT

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| JEFFERY T. LONG,<br><br>                    Plaintiff,<br><br>vs.<br><br>IDAHO RURAL WATER ASSOCIATION, INC.,<br><br>                    Defendants. | Case No. CV 0C 0504799<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF AND

       THEIR  ATTORNEYS OF RECORD:

       YOU ARE HEREBY NOTIFIED that  Ed Litteneker of the Law Offices of

Ed Litteneker, hereby withdraws as counsel of record for Defendant Idaho Rural

Water Association, Inc. and that Brian K. Julian of the firm Anderson, Julian &

Hull, LLP, 250 South Fifth Street, P.O. Box 7426, Boise, Idaho, 83707-7426,

shall be substituted as counsel of record for said Defendant in this action, and

the Clerk is hereby requested to make such entries as may be required to record

NOTICE OF SUBSTITUTION OF COUNSEL - 1

such substitution and to cause the inclusion of said counsel on all appropriate mailing lists.

DATED this _21_ day of July, 2005.


By _____
Ed Litteneker, Of the Firm
Attorneys for Defendant


DATED this _25th_ day of July, 2005.

ANDERSON, JULIAN & HULL LLP

By _____
Brian K. Julian, Of the Firm
Attorneys for Defendant

**NOTICE OF SUBSTITUTION OF COUNSEL** - 2

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 25 day of July, 2005, I served a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Robert C. Huntley          [ ]   U.S. Mail, postage prepaid
Maria E. Andrade          [ ]   Hand-Delivered
HUNTLEY PARK LLP      [ ]   Overnight Mail
250 S. 5th Street, Suite 660    [X]   Facsimile (208) 345-7894
P.O. Box 2188
Boise, ID 83701
Tel: (208) 345-7800
*Attorney for Plaintiff*

_____
Brian K. Julian

**NOTICE OF SUBSTITUTION OF COUNSEL** - 3

```
D35                      REGISTER OF ACTIONS    INQUIRY              Cmd1 Menu
Case: CV OC 05 04799                                                     Help
        LONG vs IDAHO RURAL WATER ASSOCIATION INC
   Date     Jdg Code ------------------ Entry ------------------ User ID Class
06 23 2005 185 NEWC NEW CASE FILED . . . . . . . . . . . . . . . . . CCEARLJD  Y
06 23 2005 185 A1   CIVIL COMPLAINT, MORE THAN $1000, . . . . . . . . CCEARLJD
06 23 2005 185      NO PRIOR APPEARANCE . . . . . . . . . . . . . . . CCEARLJD
06 23 2005 185 SMFI SUMMONS FILED . . . . . . . . . . . . . . . . . . CCEARLJD
07 12 2005 185 I1A  NOTICE OF APPEARANCE, (JULIAN FOR IRWA INC) . . . CCCOLEMJ  Y
07 12 2005 185      NO PRIOR APPEARANCE . . . . . . . . . . . . . . . CCCOLEMJ
07 25 2005 185 NOTC NOTICE OF SUBSTITUTION(JULIAN FOR IRWA INC) . . . CCSTACAK
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .


MODE IS INQUIRY, ENTER CASE# OR USE CMD KEYS BELOW
   Cmd2 Update     Cmd9  Case          Cmd16 Scheduling       Cmd24 Delete
   Cmd3 Add        CMD13 Last Screen   Cmd17 Hearing Results   ROLL Page
```