# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFFREY T. LONG,<br>         Plaintiff,<br>vs.<br><br>IDAHO RULRAL WATER ASSOCIATION, INC.<br><br>         Defendant. | Civil No.  CV 05-303-S-EJL<br><br>ORDER |

Currently pending before the Court is Plaintiff's Stipulated Motion to Extend Time to File Answer to Motion for Summary Judgment (Docket No. 13).  Having reviewed the Motion and the Affidavit filed in support of the motion, the Court hereby **APPROVES** the parties stipulation (Docket No. 13) and orders the Plaintiff's Answer to the pending motion is due on or before September 21, 2006.

   **IT IS SO ORDERED**.

DATED: **September 7, 2006**

/s/ Edward J. Lodge
Honorable Edward J. Lodge
U. S. District Judge

ORDER.

1