IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFFERY T. LONG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>IDAHO RURAL WATER ASSOCIATION, INC.,<br><br>　　　　　　Defendant. | Case No. CV-05-303-S-MHW<br><br>ORDER OF DISMISSAL |

　　　　The Stipulation for Dismissal having duly and regularly come before this Court, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order, adjudge and decree that the above-entitled case be and the same hereby is dismissed with prejudice and with each party to bear its own attorney's fees and costs.

DATED: November 30, 2007

_____
Honorable Mikel H. Williams
Chief United States Magistrate Judge